JAMES S. McVITY, Respondent, *v.* THE E. D. ALBRO COMPANY, Appellant.

*McVity* v. *Albro Co.*, 90 App. Div. 109, affirmed.
(Argued January 25, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 22, 1904, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*James R. Burnet, Alfred C. Cassatt* and *Joseph G. Deane* for appellant.

*Ernest Hall* and *James B. Kilsheimer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and WERNER, JJ. Absent: HAIGHT, J.

---

GEORGE S. WATERS et al., as Co-partners under the Firm Name of WATERS & SHERWIN, Respondents and Appellants, *v.* ANNA R. GAZZAM, Appellant and Respondent.

*Waters* v. *Gazzam*, 88 App. Div. 615, affirmed.
(Argued January 25, 1905; decided February 21, 1905.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 9, 1903, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Robert Thorne* for plaintiffs, respondents and appellants.

*Frederick P. Bellamy* for defendant, appellant and respondent.

Judgment affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, VANN and WERNER, JJ. Absent: HAIGHT, J.